# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-26-00297-CV

**Camp Mystic, LLC; Natural Fountains Properties, Inc. d/b/a Camp Mystic, Inc.;
Mystic Camps Family Partnership, Ltd.; Mystic Camps Management, LLC;
George Albritton Eastland, as Representative of the Estate of Richard G. Eastland,
Deceased; Willetta A. Eastland, Individually and as Director and Vice President of Camp 2
Mystic, LLC and Secretary of Natural Fountains Properties, Inc.; Edward S. Eastland;
Mary E. Eastland; and William Neely Bonner, III, Appellants**

**v.**

**Will and CiCi Steward, Individually and as Representatives and Heirs of the Estate of
Cile Steward, a Deceased Minor, Appellees**

## FROM THE 200TH DISTRICT COURT OF TRAVIS COUNTY
## NO. D-1-GN-26-000758, THE HONORABLE MAYA GUERRA GAMBLE, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellants have filed an unopposed motion to dismiss this appeal. We grant the motion and dismiss the appeal. *See* Tex. R. App. P. 42.1(a).

_____

Maggie Ellis, Justice

Before Justices Triana, Kelly, and Ellis

Dismissed on Appellant's Motion

Filed:   June 30, 2026